JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 21-01513-JLS (JDEx) | Date | January 25, 2023 |
| Title | Adam Doban v. LoanDepot, Inc., et al. | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

V.R. Vallery
Deputy Clerk

Not Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Not Present

ATTORNEYS PRESENT FOR DEFENDANT:

Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER CLOSING CASE

In light of the Court's grant of the Motion to Consolidate Cases (Doc. 68) in CV 21-01449-JLS-JDE, all future filings should be in CV 21-01449-JLS-JDE and this case is administratively closed.

Initials of Clerk: vrv